**Order entered March 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00263-CV

### IN RE CLEVELAND NIXON, Relator

**Original Proceeding from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F1121243X**

## ORDER

Before the Court is relator's petition for writ of mandamus. The Court requests that real party in interest, the State of Texas, and respondent file their responses, if any, on or before March 30, 2015.

/s/     CRAIG STODDART
          JUSTICE